IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. G-04-07 (02) |
| | § | CIVIL ACTION NO. G-06-588 |
| ROYAL LEE MAYS | § | |

## OPINION AND ORDER

Before the Court is a Report and Recommendation from the United States Magistrate Judge dated February 21, 2007, which recommends that the Motion of Royal Lee Mays, filed under 28 U.S.C. § 2255, be denied; Mays has filed objections which the Court finds to be without merit.

After *de novo* review, pursuant to 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation of the Magistrate Judge is a well reasoned and correct application of the law to the facts in this case and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is the **ORDER** of this Court that " Motion to Vacate, Set Aside, or Correct Sentence" (Instrument no. 116) of Royal Lee Mays is **DENIED in its entirety**.

It is further **ORDERED** that the " Motion for Rearraignment and Sentencing Transcripts" (Instrument no. 125) is also **DENIED**.

**DONE** at Galveston, Texas, this 20th day of March, 2007.

Samuel B. Kent
United States District Judge